# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

JOHN G. HERNANDEZ,

            Petitioner,

v.

UNITED STATES OF AMERICA,

            Respondent.

CASE NO. 00-CR-20154-JWL-1
CIVIL NO. 18-CV-2436-JAR-JPO

( )   **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

( x)   **DECISION BY THE COURT.**   This action came before the Court.   The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order Dismissing Petitioner John G. Hernandez's Motion to Vacate filed in 00-20154-JWL-1 (Doc. 46), Petitioner's Motion to Vacate Under 28 U.S.C. § 2255 (Doc. 25) is hereby **dismissed**.

Petitioner is denied a Certificate of Appealability.

    **IT IS SO ORDERED**

    Dated:    March 23, 2021

                                            **TIMOTHY M. O'BRIEN, CLERK**

                                             _s/Bonnie Wiest_
                                             **Deputy Clerk**